**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone:       (805) 270-7100
Facsimile:       (805) 270-7589
E-Mail:          mbradley@bradleygrombacher.com
E-Mail:          kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff HUGO GOMEZ, on behalf
of himself and all others similarly situated

[*Additional Counsel on Following page*]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GOMEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WINCO HOLDINGS, INC., an Idaho Corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | CASE NO. 2:23-CV-02024-TLN-DB<br><br>[*Assigned for all purposes to Hon. Troy L. Nunley*]<br><br>**ORDER**<br><br>(*Filed concurrently with Joint Stipulation to Remand Matter to the Superior Court of California*)<br><br>Complaint Filed: August 4, 2023<br>Removal Filed: September 18, 2023 |

ORDER]

**SEYFARTH SHAW, LLP**
Kristina M. Launey, Esq. (SBN 221335)
Michael W. Kopp, Esq. (SBN 206385)
Phillip J. Ebsworth, Esq. (SBN 311026)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:      (916) 448-0159
Facsimile:      (916) 558-4839
E-Mail:         klauney@seyfarth.com
E-Mail:         mkopp@seyfarth.com
E-Mail:         pebsworth@seyfarth.com

Attorney for Defendant WINCO HOLDINGS, INC.

ORDER]

## **ORDER**

Having considered the Parties' Stipulation, and upon good cause shown, the Court orders as follows:

1) That this matter is hereby REMANDED to the Superior Court of California, County of Stanislaus; and,

2) That all deadlines, hearings, and other dates in this matter are VACATED.

DATED: February 2, 2026

_____
Troy L. Nunley
Chief United States District Judge